TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00526-CR







Robert F. Brown, III, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT


NO. 05-307-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Todd Dudley, is ordered to tender a brief in this cause no later than March 28, 2007.

It is ordered March 6, 2007. 


Before Justices Patterson, Pemberton and Waldrop

Do Not Publish